888

No. 88–64.  MISSOURI ET AL. *v.* JENKINS, BY HER FRIEND, AGYEI, ET AL.  C. A. 8th Cir.  Certiorari granted limited to Questions 1 and 4 presented by the petition.

No. 88–305.  SOUTH CAROLINA *v.* GATHERS.  Sup. Ct. S. C. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted.

No. 88–317.  DUCKWORTH *v.* EAGAN.  C. A. 7th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 87–2039.  FAHMY *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 87–2057.  SMITH *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 87–2067.  BANKSTON ET AL. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.; and

No. 88–246.  BACHE ET AL. *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–2068.  ALABAMA POWER CO. ET AL. *v.* THOMAS, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL.; and

No. 88–61.  NATIONAL COAL ASSN. ET AL. *v.* NATURAL RESOURCES DEFENSE COUNCIL ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 87–2114.  RODRIGUEZ ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 87–7082.  PROCTER *v.* BUTLER, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 87–7125.  STEELE *v.* FELIX CHEVROLET ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 87–7144.  CARTER *v.* TURNER, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.